Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__middle__ District of __North Carolina__
_____ Division



FILED
JAN 17 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.

| | |
|---|---|
| __Samuel Brown__ | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| __John Doe,__ __Durham City Police officer__ | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Samuel Brown
   All other names by which you have been known: Samuel Lennie Brown
   ID Number: NC DOC #0575955; Meherrin River Regional Jail #25151
   Current Institution: Meherrin River Regional Jail
   Address: 9000 Boydton Plank Road
   Alberta, VA 23821
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: John Doe
   Job or Title (if known): Durham City Police Officer
   Shield Number:
   Employer: City of Durham Police Department
   Address: Main Street
   Durham, NC ~~23821~~ 27702
   City / State / Zip Code
   ☐ Individual capacity  ☐ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   ☐ Individual capacity  ☐ Official capacity

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address
  City   State   Zip Code
☐ Individual capacity  ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address
  City   State   Zip Code
☐ Individual capacity  ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Durham city Police officer John Doe violated the "eighth and First amendment rights" when he suddenly attacked me while I was speaking to him causing me Physical injuries, mental and emotional distress.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The Durham city police officer John Doe said that there was a warrant for my arrest. I was standing before Officer John Doe - I was speaking to him (officer John Doe) when he suddenly attacked me using such force that brought me to the ground causing pain and bleeding. Officer John Doe, dressed in Durham City Police uniform, used unneccesary force on my body shown in Dash cam and body Camera videos.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. The incident occured one day in January, 2022 in the evening time about 2 or 3 o'clock within a cul de sac of the vicinity of the Alston Avenue and Linwood Street in Durham, North Carolina.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

The incident occurred early in January, 2022 which was the second Physical ecounter with officer John Doe, the Durham City Police. The time of day was about 2 or 3 o'clock in the evening on the day of the incident

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Durham City Police officer John Doe parked his patrol car beside me. He alone stepped out of the Durham City Police Patrol Car. And as he walked up to me, he called me by my name as he walked toward me until he stood toe-to-toe before me. I stepped backward once and that is when the Police officer John Doe attacked me. The officer John Doe swept my feet from beneath the weight of my body using one of his feet. And, as my body began to fall to the ground, the officer began to fall in the same that my body was falling. So the officer landed on my body knee in my back. (Durham City Police Patrol Car Dash Camera -and- the Police Officer Body camera are the evidence of what occurred. Also, a video and Pictures were made by other Police officers who arrived.)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. my hands, knees, and shin was bleeding.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff prays the Court will order the Defendant to pay the Plaintiff damages in the amount of $2,000.00 Plaintiff prays the court will order the city of Durham to provide the Plaintiff with a "Desk Job" - gainful employment to earn at least $30,000.00 per year with medical and Dental Insurance and paid time off (PTO) as well as other benifits for the first five (5) years of employment (including on-the-Job Training and other work related education such as offered by the Durham Technical Community College). The Plaintiff prays that the court order the Defendant to help the Plaintiff with affordable housing whether in a room or in an apartment as long as the plaintiff has access to Kitchen, Bathroom, and wifi Internet and a place to park a vehicle. The Plaintiff prays the court order the Defendant to help the plaintiff with food supply to last him for a reasonable number of months while working gainful employment and financial security

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I don't know anything about the Durham City Police Department Administrative Remedy Procedure.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I began to speak to the Durham City Police Department. And the paramedics arrived my attention was drawn away from grieving to the Police who arrived after officer John Doe attacked me. The conversation regarding the incident did not get anywhere. The Durham City Police that arrived after the incident made video recordings and toke pictures. They asked me question. I was upset and hurt.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The Dash Camera, the Body camera, and other evidence such as the Duke University Hospital, Durham County Jail medical records; the virginia Commonwealth university Hospital and the Meherrin River Regional Jail medical records show enough regard of what happened.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
1. Brown v. Marsh, et al. 1:03CV20
2. Brown v. Hathaway, et al. 5:09-CT-3003-FL
3. Brown v. Hathaway, et al. 5:09-CT-3004-BO
4. Brown v. Hathaway, et al. 2009 US Dist. Lexis 153459
   ((E.D.N.C., September 29, 2009); (421 Fed. Appx. 296
   (4th Cir. NC. April 6, 2011)))

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Samuel Brown
   Defendant(s) Brenda Marsh, et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. District Court for the Middle District of North Carolina

3. Docket or index number
   1:03CV20

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   2000

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Dismissed without Prejudice

Page 10 of 11

Case 1:23-cv-00055-CCE-LPA    Document 2    Filed 01/17/23    Page 10 of 13

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/12/2023

Signature of Plaintiff: *Samuel Brown*
Printed Name of Plaintiff: Samuel Brown
Prison Identification #: Meherrin River Regional Jail #25151; NC DPS #0575955
Prison Address: 9000 Boydton Plank Road
Alberta, VA 23821

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

Complaint for Violation of Civil Rights (Continued)

## IV. Statement of Claim

C. I was standing in the same place the entire time. I never moved to reach for anything - my hands were in plain veiw. And I believe that I was standing between two parked vehicles with a mound of landscape behind me while the officer John Doe stood before me with his patrol car parked behind him.

Even with existing warrants for arrest at the time officer John Doe did what he did to me, I did nothing to cause him to have reason to man-handle me.

All that I know is the officer John Doe intentionally picked me out of the entire group of street people to prey on that day and it was wrong for him to do what he did to me that day.

## VIII. Previous Lawsuits (continued)

1. Samuel Brown,
    Plaintiff,

    William Wright, et al.,
        Defendants.

2. United States District Court for the Eastern District of Virginia - Richmond Division

3. Civil Action No. 3:22CV535

4. Mark R. Colombell,
    United States Magistrate Judge

5. Filed November 28, 2022

6. The Case is pending

7.

---

1. Samuel Brown,
    Plaintiff,

    S. Newcomb, et al.
        Defendant.

2. United States District Court for the Eastern District of Virginia - Richmond Division

3. Civil Action No. 3:22CV796

4. Mark R. Colombell
    United States Magistrate Judge

Complaint for Violation of Civil Rights (Continued)

## VIII. Previous Lawsuits (Continued)

5. Filed January 3, 2023
6. The case is pending
7.